UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY GANT, | ) |
| Plaintiff, | ) ) ) |
| | ) 3 08 1174 |
| v., | ) ) No. 3:08mc0270 |
| | ) Judge Campbell |
| EDP REPORTING, | ) ) |
| Defendants. | ) |

## ORDER

The plaintiff, proceeding *pro se*, is a resident of Davidson County, Tennessee. He brings this action against EDP Reporting of Sherman Oaks, California. The plaintiff also has submitted an application to proceed *in forma pauperis*.

It appears from his application to proceed *in forma pauperis* that the plaintiff lacks sufficient financial resources to pay the filing fee. Therefore, the Clerk will **FILE** the complaint *in forma pauperis*. 28 U.S.C. § 1915(a).

As provided in the memorandum entered contemporaneously herewith, the plaintiff's complaint is **DISMISSED** for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii). Because an appeal from the judgment rendered herein would **NOT** be taken in good faith, the plaintiff is **NOT** certified to pursue an appeal from this judgment *in forma pauperis*. 28 U.S.C. § 1915(a)(3).

Entry of this order shall constitute the judgment in this action.

It is so **ORDERED**.

Todd Campbell
United States District Judge